UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for LIBERTY REVOLVING TRUST<br>JILL A. MANZO, ESQ.<br>362VMH<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>KENNETH MCCARTHY dba COASTAL HOMES LLC dba RKS LLC dba 1210 ANDERSON LLC dba INVESTORS FIRST TITLE AGENCY LLC<br><br>Debtor(s). | Case No.: 19-29996 CMG<br><br>Chapter: 13<br><br>Judge: Honorable Christine M. Gravelle |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for LIBERTY REVOLVING TRUST</u>. This party is a party in interest in this case pursuant to a mortgage dated October 29, 2009 and recorded in the Office of the MIDDLESEX County Clerk/Register on November 12, 2009 in Mortgage Book 13651, Page 82, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                          Counsellors at Law
                          7 Century Drive - Suite 201
                          Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                      **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                      Attorneys for Select Portfolio Servicing, Inc., as servicer for LIBERTY REVOLVING TRUST

Dated: <u>October 30, 2019</u>        By: <u>/S/ JILL A. MANZO</u>
                                        JILL A. MANZO, ESQ.

Case No.: 19-29996 CMG