Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–29996–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kenneth McCarthy
dba Coastal Homes LLC, dba RKS LLC,
dba Investors First Title Agency LLC, dba
1210 Anderson LLC
80 Cliffedge Way
Red Bank, NJ 07701–5211

Social Security No.:
xxx–xx–0158

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             1/15/20
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 6, 2019
JAN: wdr

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-29996-CMG
Kenneth McCarthy                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 06, 2019
                              Form ID: 132             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
db              Kenneth McCarthy,    80 Cliffedge Way,    Red Bank, NJ   07701-5211
cr             +SANTANDER BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518525983      +Bank Of America,    Attn Bankruptcy Dept,    P.O. Box 9000,    475 Cross Point Pkwy,
                 Getzville, NY 14068-1609
518525984      +Pluese Becker & Saltzman, LLC,    2000 Horizon Way,    Suite 910,    Mount Laurel, NJ 08054-4303
518525986      +Rushmore Lms,    Attn: Bankruptcy,    Po Box 55004,    Irvine, CA 92619-5004
518525990     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Seterus, Inc.,     14523 S.W. Willikan Way Ste 200,
                 Beaverton, OR 97005)
518525987      +Santander Bank Na,    MS 1731,    1 Corporate Drive Suite 360,    Lake Zurich, IL 60047-8945
518525988       Santander Bank, N.A.,    1 Corp. Drive,    Suite 360,    Lake Zurich, IL 60047-8945
518525991      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
518525985      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 00:19:30
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518525989       E-mail/Text: bkteam@selenefinance.com Nov 06 2019 23:52:43     Selene Finance,
                 9990 Richmond Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Jill   Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for LIBERTY
           REVOLVING TRUST bankruptcy@feinsuch.com
          Kevin Gordon McDonald    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-RPL3.
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vincent   Ansetti    on behalf of Debtor Kenneth  McCarthy vincent@ansettilaw.com,
           vincent@ansettilaw.com
                                                                                             TOTAL: 7