_____

**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**         **UNITED STATES BANKRUPTCY COURT**
**(856) 813-1700**                    **FOR THE DISTRICT OF NEW JERSEY**
**Attorneys for the Mortgagee**
**File No. 101024B**

|   |   |
|---|---|
| : | CASE NO.  19-29996-CMG |

**In re:**

|   |   |
|---|---|
| : | CHAPTER  13 |

    **Kenneth McCarthy**
    **d/b/a Coastal Homes LLC**      :   **ENTRY OF APPEARANCE AND**
    **d/b/a RKS LLC**                    **REQUEST FOR SERVICE**
    **d/b/a 1210 Anderson LLC**     :   **OF NOTICES, PLEADINGS, ETC.**
    **d/b/a Investors First Title Agency LLC**
                                     :

    **Debtor**

        Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br><br> /s/ Rob Saltzman<br>Rob Saltzman, Esquire<br>Attorney for Secured Creditor,<br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as Trustee for<br>Pretium Mortgage Acquisition Trust | Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as Trustee for<br>Pretium Mortgage Acquisition Trust<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 |

DATED:  November 19, 2019