**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 19-29996-CMG |
| Kenneth McCarthy , | CHAPTER 13 |
|    Debtor. | |
| _____/ | |

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Aleisha C. Jennings
        Aleisha C. Jennings, Esquire
        Email: ajennings@rasnj.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Kenneth McCarthy
80 Cliffedge Way
Red Bank, NJ 07701-5211

**And via electronic mail to:**

Vincent Ansetti
LAW OFFICES OF ANSETTI & ASSOCIATES, LLC
551 SUMMIT AVENUE Suite #2
JERSEY CITY , NJ 07306

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
One Newark Center Ste 2100
Newark, NJ 07102

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Aleisha C. Jennings
    Aleisha C. Jennings, Esquire
    Email: ajennings@rasnj.com