Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 19−29996−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth McCarthy  
   dba Coastal Homes LLC, dba RKS LLC,  
   dba Investors First Title Agency LLC, dba  
   1210 Anderson LLC  
   80 Cliffedge Way  
   Red Bank, NJ 07701−5211

Social Security No.:  
   xxx−xx−0158

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/5/2019 and a confirmation hearing on such Plan has been scheduled for 2/19/2020.

The debtor filed a Modified Plan on 2/18/2020 and a confirmation hearing on the Modified Plan is scheduled for 4/1/2020@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 20, 2020  
JAN: vpm

Jeanne Naughton  
Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 19-29996-CMG
Kenneth McCarthy                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2020
                            Form ID: 186             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
```
db              Kenneth McCarthy,    80 Cliffedge Way,    Red Bank, NJ 07701-5211
cr             +SANTANDER BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,      P.O. Box 55004,   Irvine, CA 92619-5004
518525983      +Bank Of America,    Attn Bankruptcy Dept,    P.O. Box 9000,    475 Cross Point Pkwy,
                 Getzville, NY 14068-1609
518589961      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518642992       Legacy Mortgage Asset Trust 2019-RPL3,    c/-o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, Utah 84165-0250
518525984      +Pluese Becker & Saltzman, LLC,    2000 Horizon Way,    Suite 910,    Mount Laurel, NJ 08054-4303
518525986      +Rushmore Lms,    Attn: Bankruptcy,    Po Box 55004,    Irvine, CA 92619-5004
518637034      +SANTANDER BANK, N.A.,    SANTANDER BANK, N.A.,    1 CORPORATE DRIVE, SUITE 360,
                 LAKE ZURICH IL 60047-8945
518525990     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Seterus, Inc.,     14523 S.W. Willikan Way Ste 200,
                 Beaverton, OR 97005)
518525987      +Santander Bank Na,    MS 1731,    1 Corporate Drive Suite 360,    Lake Zurich, IL 60047-8945
518576292      +Santander Bank, N.A.,    450 Penn St. MC: 10-421-MC3,    Reading, PA 19602-1011
518525988       Santander Bank, N.A.,    1 Corp. Drive,    Suite 360,    Lake Zurich, IL 60047-8945
518525991      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
518646149       U.S. BANK NATIONAL ASSOCIATION, as INDENTURE TRUST,      P.O. BOX 65250,
                 SALT LAKE CITY, UT 84165-0250
518605767      +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518627802      +Wilmington Savings Fund Society, FSB, d/b/a Chris,     c/o Rushmore Loan Management Services,
                 PO Box 55004,    Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518609825       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 01:55:02
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518525985      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 01:54:18
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518525989       E-mail/Text: bkteam@selenefinance.com Feb 21 2020 01:47:42     Selene Finance,
                 9990 Richmond Suite 400 South,    Houston, TX 77042-4546
518645639      +E-mail/Text: bkteam@selenefinance.com Feb 21 2020 01:47:42     WILMINGTON SAVINGS FUND SOCIETY,
                 C/O Selene Finance, LP,    9990 Richmond Ave. Suite 400 South,    Houston TX 77042-4546
                                                                                              TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                           Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2020
                              Form ID: 186             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Jill   Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for LIBERTY
               REVOLVING TRUST bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-RPL3.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for LIBERTY
               REVOLVING TRUST bankruptcy@feinsuch.com
              Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent   Ansetti    on behalf of Debtor Kenneth   McCarthy vincent@ansettilaw.com,
               vincent@ansettilaw.com
                                                                                             TOTAL: 10
```