UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vincent Ansetti
Law Office of Ansetti & Associates, LLC
551 Summit Avenue
Suite #2
Jersey City, Suite #2
Jersey City, NJ 07306
201-377-2277
Fax : 201-604-6435
Email: vincent@ansettilaw.com

**Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kenneth McCarthy

Case No.: 19-29996

Chapter: 13

Judge: Christine M. Gravelle

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order
Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 22, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of  the Debtor                                           for a reduction of time for a hearing on  Motion to Sell Property Free and Clear of Liens under Section 363(f)  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 5, 2020                    at  9:00AM   in the United States Bankruptcy Court,  402 East State St. Trenton, NJ 08608                          , Courtroom No.  3       .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  Chapter 13 Trustee and all interested parties                                                        
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to   Chapter 13 Trustee and all interested parties                 

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

      6. A *Certification of Service* must be filed prior to the hearing date.

      7. Any objections to said motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing in the manner prescribed below.

      8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

        ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

        ☐ Other:

*rev.3/23/20*

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                            Case No. 19-29996-CMG
Kenneth McCarthy                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin          Page 1 of 1          Date Rcvd: Jul 22, 2020
                           Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
db              Kenneth McCarthy,    80 Cliffedge Way,    Red Bank, NJ   07701-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                              Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Jill    Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE
               BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com
              Jill    Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for LIBERTY
               REVOLVING TRUST bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP as servicer for Wilmington
               Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
               Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-RPL3.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for LIBERTY
               REVOLVING TRUST bankruptcy@feinsuch.com
              Robert    Davidow    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Stuart H. West    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan
               Management Services swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent    Ansetti    on behalf of Debtor Kenneth   McCarthy vincent@ansettilaw.com,
               vincent@ansettilaw.com
                                                                                               TOTAL: 14