| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |

Order Filed on August 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth McCarthy

| | |
|---|---|
| Case No.: | 19-29996-CMG |
| Hearing Date: | 8/5/20 |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form: ☒ Followed ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Sell Free and Clear of Liens

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____July 22_____, 20 _20_ by Vincent Ansetti on behalf of Kenneth McCarthy_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth McCarthy  
    Debtor

Case No. 19-29996-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 06, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.  
db        Kenneth McCarthy,    80 Cliffedge Way,    Red Bank, NJ    07701-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:  
        Albert   Russo   docs@russotrustee.com  
        Aleisha Candace Jennings   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a  
         Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust  
         ajennings@rasflaw.com  
        Andrew L. Spivack   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
        Jill   Manzo   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR U.S. BANK  
         NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE  
         BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com  
        Jill   Manzo   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for LIBERTY  
         REVOLVING TRUST bankruptcy@feinsuch.com  
        Jonathan C. Schwalb   on behalf of Creditor   Selene Finance LP as servicer for Wilmington  
         Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium  
         Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com  
        Kevin Gordon McDonald   on behalf of Creditor   Legacy Mortgage Asset Trust 2019-RPL3.  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        R. A. Lebron   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for LIBERTY  
         REVOLVING TRUST bankruptcy@feinsuch.com  
        Robert   Davidow   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
        Robert P. Saltzman   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a  
         Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o  
         Rushmore Loan Management Services dnj@pbslaw.org  
        Sherri Jennifer Smith   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com,  
         nj.bkecf@fedphe.com  
        Stuart H. West   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana  
         Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan  
         Management Services swest@pbslaw.org  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        Vincent   Ansetti   on behalf of Debtor Kenneth  McCarthy vincent@ansettilaw.com,  
         vincent@ansettilaw.com  
                                                                                                            TOTAL: 14