UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth McCarthy

Case No.: 19-29996-CMG

Chapter: 13

Judge: Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 13, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of  the debtor  for a reduction of time for a hearing on  Motion to Sell Property Free and Clear of Liens under Section 363(f)  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 19, 2020  at  9:00 am  in the United States Bankruptcy Court,  402 East State Street Trenton NJ 08608 , Courtroom No.  3  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditors and Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured Creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Secured Creditors

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:   
Kenneth McCarthy  
    Debtor

Case No. 19-29996-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Aug 13, 2020  
Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db        Kenneth McCarthy,   80 Cliffedge Way,   Red Bank, NJ   07701-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

      Albert   Russo   docs@russotrustee.com  
      Aleisha Candace Jennings   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ajennings@rasflaw.com  
      Andrew L. Spivack   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
      Jill   Manzo   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com  
      Jill   Manzo   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com  
      Jonathan C. Schwalb   on behalf of Creditor   Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com  
      Kevin Gordon McDonald   on behalf of Creditor   Legacy Mortgage Asset Trust 2019-RPL3. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      R. A. Lebron   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com  
      Robert   Davidow   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
      Robert P. Saltzman   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dnj@pbslaw.org  
      Sherri Jennifer Smith   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
      Stuart H. West   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services swest@pbslaw.org  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      Vincent   Ansetti   on behalf of Debtor Kenneth   McCarthy vincent@ansettilaw.com, vincent@ansettilaw.com

                      TOTAL: 14