UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth McCarthy

Case No.: 19-29996-CMG

Chapter: 13

Judge: Christine M. Gravelle

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 16, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of  Vincent Ansetti on behalf of Kenneth McCarthy  for a reduction of time for a hearing on  Motion to dismiss case  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  10/21/20  at  09:00 am  in the United States Bankruptcy Court,  402 East State Street Trenton NJ 08608 , Courtroom No.  3  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Trustee and all creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Secured Creditors

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 19-29996-CMG |
| Kenneth McCarthy | | Chapter 13 |
| Debtor(s) | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kenneth McCarthy, 80 Cliffedge Way, Red Bank, NJ 07701-5211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ajennings@rasflaw.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not |

Case 19-29996-CMG    Doc 71    Filed 10/18/20    Entered 10/19/20 01:02:35    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com

R. A. Lebron
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com

Robert Davidow
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

Robert P. Saltzman
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dnj@pbslaw.org

Sherri Jennifer Smith
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

Stuart H. West
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent Ansetti
    on behalf of Debtor Kenneth McCarthy vincent@ansettilaw.com  vincent@ansettilaw.com

Vincent Ansetti
    on behalf of Realtor Melissa Anne Shears vincent@ansettilaw.com  vincent@ansettilaw.com

TOTAL: 17