Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29996−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth McCarthy
   dba Coastal Homes LLC, dba RKS LLC,
   dba Investors First Title Agency LLC, dba
   1210 Anderson LLC
   80 Cliffedge Way
   Red Bank, NJ 07701−5211

Social Security No.:
   xxx−xx−0158

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/22/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 22, 2020
JAN: dmi

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29996-CMG |
| Kenneth McCarthy | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 22, 2020 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kenneth McCarthy, 80 Cliffedge Way, Red Bank, NJ 07701-5211 |
| r | + | Melissa Anne Shears, VRI Homes, 3400 Hwy 35, Hazlet, NJ 07730-1247 |
| cr | + | SANTANDER BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Selene Finance LP as servicer for Wilmington Savin, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518589961 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518642992 | | Legacy Mortgage Asset Trust 2019-RPL3, c/-o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, Utah 84165-0250 |
| 518525984 | + | Pluese Becker & Saltzman, LLC, 2000 Horizon Way, Suite 910, Mount Laurel, NJ 08054-4303 |
| 518525986 | + | Rushmore Lms, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 518637034 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH IL 60047-8945 |
| 518525990 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., 14523 S.W. Willikan Way Ste 200, Beaverton, OR 97005 |
| 518525987 | + | Santander Bank Na, MS 1731, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 518576292 | + | Santander Bank, N.A., 450 Penn St. MC: 10-421-MC3, Reading, PA 19602-1011 |
| 518525988 | | Santander Bank, N.A., 1 Corp. Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 518525991 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 518646149 | | U.S. BANK NATIONAL ASSOCIATION, as INDENTURE TRUST, P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518605767 | + | Wilmington Savings Fund Society, FSB, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518627802 | + | Wilmington Savings Fund Society, FSB, d/b/a Chris, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2020 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2020 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518525983 | + | EDI: BANKAMER2.COM | Oct 23 2020 01:08:00 | Bank Of America, Attn Bankruptcy Dept, P.O. Box 9000, 475 Cross Point Pkwy, Getzville, NY 14068-1609 |
| 518609825 | | EDI: PRA.COM | Oct 23 2020 01:08:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518525985 | + | EDI: PRA.COM | Oct 23 2020 01:08:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518525989 | | Email/Text: bkteam@selenefinance.com | Oct 22 2020 21:51:00 | Selene Finance, 9990 Richmond Suite 400 South, Houston, TX 77042-4546 |
| 518645639 | + | Email/Text: bkteam@selenefinance.com | Oct 22 2020 21:51:00 | WILMINGTON SAVINGS FUND SOCIETY, C/O Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

District/off: 0312-3     User: admin     Page 2 of 3
Date Rcvd: Oct 22, 2020     Form ID: 148     Total Noticed: 25
TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ajennings@rasflaw.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK N.A. andrew.spivack@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com |
| R. A. Lebron | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com |
| Robert Davidow | on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com |
| Robert P. Saltzman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dnj@pbslaw.org |
| Sherri Jennifer Smith | on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 22, 2020 | Form ID: 148 | Total Noticed: 25

Stuart H. West
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent Ansetti
    on behalf of Debtor Kenneth McCarthy vincent@ansettilaw.com  vincent@ansettilaw.com

Vincent Ansetti
    on behalf of Realtor Melissa Anne Shears vincent@ansettilaw.com  vincent@ansettilaw.com

TOTAL: 17