**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Kenneth McCarthy

Order Filed on October 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 19-29996-CMG |
| Hearing Date: | 10/20/21 |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form:  ☑ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 22, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtor_____and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

United States Bankruptcy Court

District of New Jersey

In re:  
Kenneth McCarthy  
    Debtor(s)

Case No. 19-29996-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      Kenneth McCarthy, 80 Cliffedge Way, Red Bank, NJ 07701-5211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ajennings@rasflaw.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not |

    individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for LIBERTY REVOLVING TRUST bankruptcy@feinsuch.com

R. A. Lebron
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2019-R4, MORTGAGE BACKED NOTES, SERIES 2019-R4 bankruptcy@feinsuch.com

Robert Davidow
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

Robert P. Saltzman
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dnj@pbslaw.org

Sherri Jennifer Smith
    on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

Stuart H. West
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent Ansetti
    on behalf of Debtor Kenneth McCarthy vincent@ansettilaw.com  vincent@ansettilaw.com

Vincent Ansetti
    on behalf of Realtor Melissa Anne Shears vincent@ansettilaw.com  vincent@ansettilaw.com

TOTAL: 17