Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–29996–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kenneth McCarthy
dba Coastal Homes LLC, dba RKS LLC,
dba Investors First Title Agency LLC, dba
1210 Anderson LLC
80 Cliffedge Way
Red Bank, NJ 07701–5211

Social Security No.:
xxx–xx–0158

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 6, 2024</u>          <u>Mark Edward Hall</u>
                                        Judge, United States Bankruptcy Court